Amanda V. Dwight (Bar No. 187028)
*adwight@dwightlawgroup.com*
Dwight Law Group
2603 Main Street, Suite 200
Irvine, California 92614
Tel: (949) 515-0003
Fax: (949) 266-8680

Michael R. White (Bar No. 91148)
*white@whitereed.com*
White & Reed LLP
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045-6417
Tel: (310) 843-9065
Attorney for LTN Media LLC and Thuy Nga

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LTN MEDIA LLC and THUY NGA,<br>Plaintiffs,<br>v.<br>BIHACO COMMUNICATION TRADING & SERVICES CORPORATION d/b/a / a/k/a BH MEDIA,<br>Defendant | **Case No. 8:24-cv-01153-DMG (MBKx)**<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: November 2, 2026

MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE